AO 441 (Rev. 07/10) Summons on Third-Party Complaint (Page 2)

Civil Action No. 3:17-cv-02923-N

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2018 MAY -2  AM 11: 34

DEPUTY CLERK_____

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   DAVID SHANE SHOULDERS

was received by me on *(date)*   04/27/2018   .

☑ I personally served the summons on the individual at *(place)*   706 Valencia Street, Dallas, Texas 75223 in Dallas County, Texas at 5:58 P.M.   on *(date)*   04/28/2018   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*  _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   05/01/2018

_____
Server's signature

ERNESTO MARTIN HERRERA   PSC4418 - EXP. 11/30/2019
*Printed name and title*

5470 LYNDON B. JOHNSON FWY.,
DALLAS, TEXAS 75240
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09) Summons in a Civil Action on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| Cole Peck <br> *Plaintiff* <br> v. <br> Asset Management Associates LLC, et al <br> *Defendant and Third Party Plaintiff* <br> v. <br> David Shane Shoulders <br> *Third-party defendant* | Civil Action Number: 3:17-cv-02923-N |

## SUMMONS ON A THIRD-PARTY COMPLAINT

**To:** David Shane Shoulders

    A lawsuit has been filed against defendant Asset Management Associates LLC, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff Cole Peck.

    Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Joshua Hedrick
1700 Pacific Avenue, Ste 4425   Dallas , TX 75201

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Joshua Hedrick
1700 Pacific Avenue, Ste 4425   Dallas , TX 75201

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

    A copy of the plaintiff's complaint is also attached. You may - but are not required to - respond to it.

*CLERK OF COURT*

DATE: 04/27/2018

*Signature of Clerk or Deputy Clerk*